■ In the Matter of INTERSTATE STEEL CO., INC., Appellant, against CHARLES T. BAIRD, Respondent.— Order unanimously modified on the law, on the facts and in the exercise of discretion, so as to increase the monthly payments directed to be made from $40 to $100 per month, and, as so modified, affirmed, with $20 costs and disbursements of· this appeal to the judgment-creditor-appellant. On this record we find the directed payments of $40 per month to be insufficient. We further find that the judgment debtor should properly pay the sum of $100 per month to the judgment creditor, having "due regard for the reasonable requirements of the judgment debtor and his family" and for the payments being made by him to other judgment creditors (Civ. Prac. Act, § 793). Concur — Breitel, J. P., Rabin, M. M. Frank, Stevens and Bastow, JJ.

■ EMILIE CACHELIN, Appellant, v. ALFRED M. CACHELIN, Respondent.— Order unanimously affirmed, with $20 costs and disbursements to the respondent, with leave, however, to appellant to move, within 20 days after service of a copy of the order entered herein with notice of entry thereof, to vacate preclusion order upon new papers including a proposed full bill of particulars satisfying the demand ignored and a detailed affidavit of merits by the plaintiff. Concur — Breitel, J. P., Rabin, M. M. Frank, Stevens and Bastow, JJ.

■ ATWOOD RICHARDS, INC., Appellant, v. UNITED STATES SPINACH & MEAT CORP., Respondent.— Order unanimously affirmed, with $20 costs and disbursements to the appellant. No opinion. Concur — Breitel, J. P., Rabin, M. M. Frank, Stevens and Bastow, JJ.

■ NICHOLAS A. KARGER, Respondent, v. PIERRE F. NESI, Defendant, NADINE FARBER, Sometimes Known as COUNTESS NADINE DE NAVARRO, et al., Appellants.— Resettled order of February 19, 1960, so far as appealed from unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Settle order, fixing date for examination to proceed. Concur — Breitel, J. P., Rabin, M. M. Frank, Stevens and Bastow, JJ.

■ NICHOLAS A. KARGER, Respondent, v. PIERRE F. NESI, Defendant, NADINE FARBER, Sometimes Known as COUNTESS NADINE DE NAVARRO, et al., Appellants.— Order of March 8, 1960 unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Breitel, J. P., Rabin, M. M. Frank, Stevens and Bastow, JJ.

■ LORRAINE G. GIBBS, Respondent, v. JOHN A. GIBBS, Also Known as EDMUND GIBBS, Appellant.— Order unanimously affirmed, with $20 costs and disbursements of this appeal to the respondent. No opinion. Concur — Breitel, J. P., Rabin, M. M. Frank, Stevens and Bastow, JJ.

■ In the Matter of TALBOTT, INC., Appellant, against MARJORIE TALBOT, INC., Respondent.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Breitel, J. P., Rabin, M. M. Frank, Stevens and Bastow, JJ.

■ ATLANTIS CREDIT CORPORATION, Respondent, v. LONDON STEAMSHIP OWNERS' MUTUAL INSURANCE ASSOCIATION, LIMITED, Appellant.— Order of March 7, 1960 unanimously modified on the law, on the facts and in the exercise of discretion to the extent of striking therefrom the words "granted to the extent of striking out items 2(c), 2(d), 2(e), and 2(f)", and inserting the words "denied except as hereinafter indicated." Further, the last sentence of said order is modified, as aforesaid, to the extent of striking therefrom all enumerated items except item "9(a)", and the order as so modified is otherwise affirmed, with $10 costs and disbursements to the appellant. The particulars demanded will serve to narrow the issues and limit the proof offered at the trial. Settle order. Concur — Breitel, J. P., Rabin, M. M. Frank, Stevens and Bastow, JJ.